Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation, | Case No. CV14-9663-BRO (JPRx) <br> _Hon. Beverly R. O'Connell Presiding_ |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ACTION** |
| vs. | |
| THE TJX COMPANIES, INC., _et al_. | |
| Defendants. | |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY
ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against
   one another in this action.

SO STIPULATED.


Date: May 11, 2015                    By: _____
                                      HON. BEVERLY R. O'CONNELL
                                      UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION TO DISMISS ACTION